**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 105 EM 2019
                                       :

            Respondent           :
                                       :
                                       :

                    v.                 :
                                       :
                                       :

VICTOR ENRIQUES,                  :
                                       :
           Petitioner             :

## ORDER

**PER CURIAM**

      **AND NOW**, this 5th day of December, 2019, the Petition for Leave to File a Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.